UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| BRIAN JOHN GILLESPIE, | Case No. CV-17-060-M-DLC |
|---|---|
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| LINCOLN COUNTY SHERIFF'S OFFICE et al, | |
| Defendants. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendation is ADOPTED IN FULL. This action is DISMISSED WITHOUT PREJUDICE pursuant to L.R. 5 .2(b ).

Dated this 6th day of September, 2017.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk